# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3997

_____

| | |
|---|---|
| Beck, | * |
| | * |
| Appellant, | * |
| | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Judge Richard H. Kyle; Magistrate | * |
| Judge Franklin L. Noel; Kari Jo | * [UNPUBLISHED] |
| Ferguson; Stephen C. Rathke; Mark W. | * |
| Hardy; Mary R. Vasaly; Warden Jessica | * |
| Symmes; Kathy Reid; Dr. Stephen | * |
| Craane; Warden Robert Feneis; | * |
| Jannette Wilson, | * |
| | * |
| Appellees. | * |

_____

Submitted: March 7, 2007
Filed: March 15, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Beck, a Minnesota prisoner, appeals the magistrate judge's[1] order requiring him either to pay the full filing fee if he wishes to pursue all of his claims, or to pay an initial partial filing fee if he wishes to pursue only his medical-needs claim. We

_____

[1]The Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

dismiss the appeal for lack of jurisdiction. The magistrate judge's order is nonfinal, and it is not immediately appealable as a collateral order because it grants in forma pauperis status in part and is not effectively unreviewable on appeal from final judgment. *See* 28 U.S.C. § 1291 (appellate jurisdiction over appeals from final orders of district courts); *Kassuelke v. Alliant Techsys., Inc.*, 223 F.3d 929, 931 (8th Cir. 2000) (collateral-order exception).

Accordingly, we dismiss this appeal. We also deny Beck's motion for appointment of counsel.

_____